IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED

NOV 1 8 2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:08-cr-00072-JAJ-TJS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BRANDON LEE ADAM, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY
## (NO PLEA AGREEMENT)

The United States of America and the defendant, having
both filed a written consent to conduct the plea proceedings by
a magistrate judge, appeared before me pursuant to Fed. R. Crim.
P. 11 and LCrR 11.   The defendant entered a plea of guilty to
Count 1 of the Indictment charging him with being a felon and drug
user in possession of a firearm, in violation of 18 U.S.C.
§§ 922(g)(1), (3), and 2.   After advising and questioning the
defendant under oath concerning each of the subjects addressed in
Rule 11(b)(1), I determined that the guilty plea was in its
entirety voluntarily, knowingly and intelligently made and did not
result from force, threats, or promises. I further determined that
there is a factual basis for the guilty plea on each of the
essential elements of the offense in question.   There is no plea
agreement.

I recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly. A presentence report has been ordered and a sentencing status conference scheduled.

_____
UNITED STATES MAGISTRATE JUDGE

11/18/08
_____
DATE

## NOTICE

Failure by a party to file written objections to this Report and Recommendation within ten (10) days from the date of its service will result in waiver by that party of the right to make objections to the Report and Recommendation. 28 U.S.C. § 636(b)(1)(B). The Report and Recommendation was served this date by delivery of a copy thereof to counsel for the government and defendant in open court.